AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Oct 14, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
Stephanie Marie Washington
*Defendant*

Case No. 2:26-cr-0167 DC

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/14/26

*Defendant's signature*

*Signature of defendant's attorney*

Mark Reichel
*Printed name of defendant's attorney*

*Judge's signature*

Carolyn K. Delaney, Chief United States Magistrate Judge
*Judge's printed name and title*